377 A.2d 167

Commonwealth v. Clemmer, Appellant.

Submitted November 8, 1976. Stephen Ross Green, and Gamble & Verterano, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.